# Regal Fine Jewelry
## At The Pierre

795 Fifth Avenue • New York, NY 10065
Jack - Cell: 917.273.0133

**Date:** 11/14/17

**Name:** Lloyd Klein / Jocelyn Wildenstein
**Address:**
**City:** _____ **State:** _____ **Zip:** _____
**Cell:** _____ **Email:** _____

| QTY | DESCRIPTION | AMOUNT |
|---|---|---|
| 5 pc | Emerald + Diamond Suite for exhibition | 250,000 |
| 1 | 18K White Gold, T.N. Pr. cuff | 18,000 |
| X | Nov/14/2017 | |

**Special Instructions:**

MERCHANDISE MAY BE RETURNED WITHIN 7 DAYS FOR EXCHANGE OR STORE CREDIT ONLY; NO REFUNDS.

Customer's Signature _____